WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TIM BRETTHAUER,**                                            CV # 06-1257-MA

  Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security,**

  Defendant.

_____

Attorney fees in the amount of $3,800.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this _20_ day of _July_, 2007.

_Malcolm F. Marsh_
United States District Judge

Submitted on July 19, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1